Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Derek W. Li, SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3077
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No. |
| Petitioner, | ) **PETITIONER EEOC'S APPLICATION FOR ORDER TO SHOW CAUSE AS TO WHY ITS SUBPOENA SHOULD NOT BE ENFORCED** |
| v. | ) |
| AQUARIUS W CORP DBA NEW VOGUE DAY SPA, | ) Date: ______________ |
| | ) Time: ______________ |
| Respondent. | ) Judge: ______________ |
| | ) Courtroom: __________ |

1. This is an action for enforcement of a subpoena for information and documents relevant to the investigation of the U.S. Equal Employment Opportunity Commission ("EEOC") of a charge of discrimination, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. ("Title VII").

2. Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e(f)(3) and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated into Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3. Petitioner and Plaintiff EEOC is a federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent Aquarius W Corp dba New Vogue Day Spa is a corporation that provides spa services at various locations in the Central District of California.

5. EEOC is informed and believe that Respondent is an employer within the meaning of Title VII.

6. Pursuant to its authority under 29 U.S.C. § 161, as amended, incorporated into Section 710 of Title VII, 42 U.S.C. § 2000e-9, the EEOC issued on February 5, 2021 Subpoena No. LADO-21-101 ("Subpoena") to Respondent. The Subpoena seeks information and documents relevant to its investigation of the Charge of Discrimination (No. 480-2019-05079) filed on October 8, 2019 and amended on August 5, 2020. The subpoena was duly served on Respondent on or about February 6, 2021.

7. Respondent failed to provide the information and documents identified in the Subpoena. Respondent did not file any petition to revoke the subpoena.

8. Since Respondent has refused to comply with the subpoena, the EEOC is authorized to seek assistance from the Court to compel Respondent's compliance with the Subpoena. 29 U.S.C. § 161(2), incorporated into Section 710 of Title VII, 42 U.S.C. § 2000e-9.

9. Respondent's failure to comply with the Subpoena has delayed and hampered the EEOC's investigation.

10. The accompanying EEOC's Memorandum of Points and Authorities, Declaration of EEOC Counsel and Exhibits filed concurrently with this Application provides the factual and legal support for this Application; and are incorporated by reference into this application.

WHEREFORE, the EEOC requests:

(a) That the Court issue an Order directing Respondent to appear before this Court and to show cause, if any, why an Order should not be issued directing Respondent to comply with the Subpoena; and

(b) That, upon return of the Order to Show Cause, the Court issue an Order directing Respondent to comply with the Subpoena; and

(c) That the Court grant the costs incurred by the EEOC to bring this action to enforce the Subpoena and any further relief as may be necessary and appropriate.

A proposed order is attached as Exhibit 1.

Dated: June 4, 2021

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*/s/ Derek W. Li*

By: ____________________

Derek W. Li
Attorney for Petitioner EEOC