Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Derek W. Li, SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3077
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> AQUARIUS W CORP DBA NEW VOGUE DAY SPA, <br><br> Respondent. | Case No. 2:21-mc-00990-JVS-KS <br><br> **[PROPOSED] ORDER TO SHOW CAUSE AS TO WHY ITS SUBPOENA SHOULD NOT BE ENFORCED** |

i

[Proposed] OSC re: Subpoena
*EEOC v. Aquarius W Corp dba New Vogue Day Spa*

The U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission") has filed an Application for an Order to Show Cause as to why Subpoena No. LADO-21-101 ("Subpoena") should not be enforced.

The Court finds that:

1. On February 4, 2021, the EEOC duly served the Subpoena on Respondent Aquarius W Corp dba New Vogue Day Spa, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), as part of its investigation of Charge of Discrimination, No. 480-2019-05079. The Charge of Discrimination alleges discrimination based on sex and national origin for the Charging Party and a class of females.

2. Respondent failed to comply with the Subpoena within the period designated on the subpoena; or adhere to the administrative process set forth in the federal regulations for revoking or modifying the Subpoena.

It is hereby ORDERED that Respondent appear on **6th** day of **July**, 2021, at **1:00 p.m.** in Courtroom **580,** United States Courthouse, **255 E. Temple Street, Los Angeles, California, 90010,** and show cause why it should not be compelled to comply with the Subpoena.

It is further ORDERED that the EEOC shall serve the Respondent with a copy of this Order, along with the EEOC's Application, Memorandum of Points and Authorities, and Declaration of Counsel and Exhibits on or before the **15th** day of **June** and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure.

It is ORDERED that the Respondent shall file and serve its response to the Application to show cause no later than **21st** day of **June** 2021. Any reply by the EEOC shall be filed no later than **28th** day of **June** 2021.

Dated: June 8, 2021

*Karen L. Stevenson*
UNITED STATES MAGISTRATE JUDGE