Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
Derek W. Li, SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone: (213) 785-3077
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>AQUARIUS W CORP DBA NEW VOGUE DAY SPA,<br><br>    Respondent. | Case No. 2:21-mc-00990-JVS-KS<br><br>[~~PROPOSED~~] ORDER RE: PETITIONER EEOC'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ITS APPLICATION FOR ORDER TO SHOW CAUSE AS TO WHY ITS SUBPOENA SHOULD NOT BE ENFORCED |

i

Order re: EEOC's Req. Vol. Dismissal
*EEOC v. Aquarius W Corp dba New Vogue Day Spa*

**GOOD CAUSE HAVING BEEN SHOWN** by Petitioner U.S. Equal Employment Opportunity Commission ("EEOC")'s Status Report and Request for Voluntary Dismissal Without Prejudice of its Application for Order to Show Cause as to Why its Subpoena should not be Enforced, the Court **GRANTS** the EEOC's voluntary request pursuant to Fed. R. Civ. P. 41(a); and its Application to Show Cause is **DISMISSED** without prejudice.

Dated: June 28, 2021

_____
Honorable Karen L. Stevenson
United States Magistrate Judge